Joseph A. Grube, OSB #962976
joe@go-trial.com
GRUBE OREHOSKI, PLLC
1200 Fifth Avenue, Ste 1711
Seattle, WA 98101
Ph. 206.624.5975/Fax. 206.770.7607

Mohammad "Mo" Ali Hamoudi WSBA#48512, (Adm. Pro Hac Vice)
Edward H. Moore, WSBA #41584 (Adm. Pro Hac Vice)
Darcy C. Covert, WSBA #57137 (Adm. Pro Hac Vice)
mo@stritmatter.com
ed@stritmatter.com
darcy@stritmatter.com
Stritmatter Kessler Koehler Moore
3600 15th Avenue W., 300
Seattle, WA 98119
Telephone:  206.448.1777

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

SARAH MILES, as Personal Representative of the Estate of Derrick Dewayne Clark, Jr.; and on behalf of the minor child R.L.C.; minor sibling D.M.M.; and mother SARAH MILES in her individual capacity,

        Plaintiffs,

vs.

CLACKAMAS COUNTY, a municipal corporation; DEPUTY DANIEL FERGUSON, NICHOLAS ADLER, JASON BENTO, MATTHEW BROWN, HECTOR CAMPOS, SHAWN CHOE, AARON CLARK, JORDAN FERGUSON, SIERRA HANCOCK, DAVID HEIMBUCK, NATHAN HULSEY, ANDY KIESEL, KYLE MALIZIA, DONALD McCAFFERTY, BETH MAYER, JERED REYNOLDS, RYAN ROGERS, PETER ROBINSON, HAYDEN SANDERS, KYLE SCOTT, SAMUEL TOOZE, ADAM TAYLOR, MICHAEL ZACHER, GRANT ZAITZ,

No.  3:23-cv-01805-SB

**MOTION TO TEMPORARILY SEAL EXHIBITS Y, Z, and AA SUBMITTED IN SUPPORT OF DECLARATION FOR SUMMARY JUDGMENT AND REQUEST TO UNSEAL**

MOTION TO TEMPORARILY SEAL EXS Y, Z, AND AA SUBMITTED IN SUPPORT OF DECL. FOR SUMMARY JUDGMENT AND REQUEST TO UNSEAL    - 1

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH  AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131

OREGON STATE POLICE ZACHARY COLE, OREGON CITY POLICE DEPARTMENT; ALEXANDER MAWSON, AND OFFICERS DOES I-X,

                                    Defendants.

## I.    Request for Relief[1]

Plaintiffs respectfully move to temporarily seal Exhibits Y, Z, and AA to the Joint Declaration of Mohammad "Mo" Ali Hamoudi in Support of Plaintiffs' Motions for Summary Judgment Against Defendant (Dkt 125) all of which pertain to Officer Alexander Mawson's professional reprimand with the respect to his actions as laid out in Plaintiff's Motion for Summary Judgment Against Alexander Mawson (Dkt 123). This request is made pursuant to the Stipulated Protective Order (Dkt. 96) entered in this case, with a request that these documents be unsealed in accordance with applicable law, including the First Amendment.

## II.    Facts

The parties entered into a Stipulated Protective Order (Dkt. 96). Pursuant to that order, Defendant Mawson produced in discovery Exhibits Y, Z, and AA, all of which pertain to his professional reprimand in connection with this case. Because these exhibits are governed by the Stipulated Protective Order, the order prescribes the procedure for handling their filing under seal as follows:

> If a party is filing a document that it has itself designated as "Confidential," that party shall reference this Stipulated Protective Order in submitting the documents it proposes to maintain under seal. If a non-designating party is filing a document that another party has designated as "Confidential," then the non-designating party shall file the document under seal. **If the non-designating party makes a request**

---

[1] Plaintiff conferred with Defendant Mawson in accordance with the local rules. At Defendant Mawson's request, Plaintiff filed the exhibits pursuant to the Court's protective order.

MOTION TO TEMPORARILY SEAL EXS Y, Z, AND AA SUBMITTED IN SUPPORT OF DECL. FOR SUMMARY JUDGMENT AND REQUEST TO UNSEAL    - 2

**in writing to have the document unsealed and the designating party does not file, within ten calendar days, a motion that shows good cause to maintain the document under seal, then the Court shall unseal the document.** Before seeking to maintain the protection of documents filed with the Court, a party must assess whether redaction is a viable alternative to complete disclosure.

(Dkt. 96)(bold added).

As the non-designating party, Plaintiff asks that the Court unseal the documents for the reasons set out below.

### III.    The Court should unseal Exhibits Y, Z, and AA because the presumption of access cannot be overcome by Defendant Mawson.

"There is a strong presumption of public access to the court's files." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). This presumption is echoed by the Ninth Circuit, which recognized that "judicial records are public documents almost by definition, and the public is entitled to access by default." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The presumption means that judicial records should remain open unless a compelling interest justifies sealing, and any closure must be narrowly tailored to serve that interest. *Civ. Beat L. Ctr. for Pub. Int., Inc. v. Maile*, 117 F.4th 1200, 1206-07 (9th Cir. 2024). Public access promotes fairness, confidence in the judicial process, and informed discussion about government operations. *Id.* Even where privacy interests are compelling, "selective redaction could sufficiently protect that interest in many instances." *Id.* at 1211.

The presumption at this stage is especially significant because the documents pertain to "the resolution of a dispute on the merits,…by…summary judgment, [which] is at the heart of the interest in ensuring the 'public's understanding of the judicial process and of significant public events.'" *Kamakana* at 1179 (9th Cir. 2006) (quoting *Valley Broadcasting Co. v. U.S. Dist. Ct.*, 798 F.2d 1289, 1294 (9th Cir. 1986))(affirming magistrate judge's decision in

MOTION TO TEMPORARILY SEAL EXS Y, Z, AND AA
SUBMITTED IN SUPPORT OF DECL. FOR SUMMARY
JUDGMENT AND REQUEST TO UNSEAL    - 3

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131

declining to seal documents attached to summary judgment motions related to a civil rights action involving a police department).

Given the facts presented in the motions and the direct relevance of Exhibits Y, Z, and AA—particularly as they concern alleged civil rights violations involving race and constitutional protections—Plaintiff sees no argument Defendant Mawson could make that would overcome the presumption of public access.

**IV.    Conclusion**

The Court should temporarily grant the motion to seal Exhibits Y, Z, and AA to the Joint Declaration of Mohammad "Mo" Ali Hamoudi in Support of Plaintiffs' Motions for Summary Judgment Against Defendants (Dkt. 125) but then order that the records be unsealed.

DATED this 20th day of August, 2025.

STRITMATTER KESSLER KOEHLER MOORE

*/s/  Mohammad "Mo" Ali Hamoudi*
Mohammad "Mo" Ali Hamoudi, WSBA 48512
(Adm. Pro Hac Vice)
mo@stritmatter.com
3600 15th Avenue W., #300
Seattle, WA  98119
Phone:  206.448.1777

Edward H. Moore, WSBA 41584 (Adm. Pro Hac Vice)
ed@stritmatter.com
Darcy C. Covert, WSBA 57137
(Adm. Pro Hac Vice)
darcy@stritmatter.com
3600 15th Avenue W., #300
Seattle, WA  98119
Phone:  206.448.1777

MOTION TO TEMPORARILY SEAL EXS Y, Z, AND AA
SUBMITTED IN SUPPORT OF DECL. FOR SUMMARY
JUDGMENT AND REQUEST TO UNSEAL    - 4

GRUBE OREHOSKI, PLLC

Joseph A. Grube, OSB 96976
joe@go-trial.com
1200 Fifth Avenue, Ste 1711
Seattle, WA 98101
Ph. 206.624.5975

Counsel for Plaintiffs

MOTION TO TEMPORARILY SEAL EXS Y, Z, AND AA
SUBMITTED IN SUPPORT OF DECL. FOR SUMMARY
JUDGMENT AND REQUEST TO UNSEAL    - 5

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system and which specifically identifies recipients of electronic notice. The same being sent via email to the following:

Scott Ciecko, OSB#045587
Clackamas Co Legal Counsel
2051 Kaen Road
Oregon City, OR 97045
Ph. 503-742-5391
sciecko@clackamas.us
kvonk@clackamas.us
Counsel for Defendants Clackamas Co. and Ferguson

Ellen F. Rosenblum
Attorney General
James S. Smith, OSB#840932
Sara Del Rubin, OSB#232414
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Ph. 971-673-1880
Fx. 971-673-5000
James.s.smith@doj.oregon.gov
Sara.delrubin@doj.oregon.gov
matthew.sullivan@doj.oregon.gov
Jason.Lohman@doj.oregon.gov
Counsel for Defendants Cole

Andrew D. Campbell, OSB#022647
Helzel Williams, PC
117 Commercial Street NE, Ste 400
PO Box 1048
Salem, OR 97308
Ph. 50-585-4422 x 314
andrew@heltzel.com
mmartz@heltzel.com
Counsel for Defendant Mawson

DATED this 20th day of August, 2025.

/s/  Patti Sims
Patti Sims
Paralegal

MOTION TO TEMPORARILY SEAL EXS Y, Z, AND AA
SUBMITTED IN SUPPORT OF DECL. FOR SUMMARY
JUDGMENT AND REQUEST TO UNSEAL    - 6