**Billy J. Williams**, OSB No. 901366
County Counsel
bwilliams@clackamas.us
**Scott C. Ciecko**, OSB No. 045587
Assistant County Counsel
sciecko@clackamas.us
Office of Clackamas County Counsel
2051 Kaen Road
Oregon City, OR  97045-1819
Phone:  503-655-8362
Fax:  503-742-5397
Of Attorneys for Clackamas County Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SARAH MILES, as Personal Representative of the Estate of Derrick Dewayne Clark Jr; and SARAH MILES in her individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>CLACKAMAS COUNTY, et al,<br><br>Defendants. | Case No. 3:23-cv-01805-SB<br><br>**DECLARATION OF ANGELA BRANDENBURG IN SUPPORT OF COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL** |

  I, Angela Brandenburg, declare under the penalty of perjury, the following to be true to the best of my knowledge and belief:

  1. I am the Sheriff of Clackamas County and have served in this position since the beginning of 2021, after winning the November 2020 election.

  2. I am responsible for implementation of the Sheriff's Office Incident Review Board ("IRB").

3.      The members on the IRB consist exclusively of CCSO staff whom I assign by way of policy, to participate on the Board for the purpose of ultimately creating "a comprehensive after-action report prepared by the Office of County Counsel," that will specifically contain substantive legal advice and opinions.  Throughout my entire tenure as Sheriff, this has always been the practice of the Board.

4.      The purpose of the IRB is to evaluate training and policy from a legal perspective to assess liability and evaluate how to mitigate risks of future critical incidents, which is specifically why I have ensured County Counsel participates in every IRB and authors every IRB report.

5.      Obtaining frank, meaningful legal advice without the chilling effect of creating a publicly available report is in fact the primary purpose of the IRB—were that not the case, I would not need counsel involvement.

6.      Sergeant Grant Zaitz, who was involved in SWAT operations during the Clark incident, did not participate in the IRB review of that incident.

7.      The IRB report is not developed by the entire IRB together, it is authored by counsel and then circulated to other IRB members to ensure it accurately describes relevant facts, trainings, policies, tactics, and procedures. Throughout my entire tenure as Sheriff, this has always been the practice of the Board.

8.      The report is also circulated to other IRB members because they are the CCSO staff anticipated to ultimately be responsible for implementing any changes to policy or practice that are recommended, and it is important that the report includes feasible recommendations that, if at all possible, can be put into action.

9. The IRB review is not an internal affairs investigation, as those investigations occur within the CCSO's Professional Standards Unit ("PSU") to determine whether a specific employee violated CCSO policy.

10. The IRB, in contrast, is not intended to assess whether there has been a policy violation, but rather it evaluates whether policies, trainings, or other aspects of CCSO practice are compliant with the law, should be updated to reduce liability risks, and are generally consistent with best practices.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND SUBJECT TO PENALTY FOR PERJURY.**

Dated this 19th day of November 2025.

*Angela Brandenburg*
―――――――――――――――――
Angela Brandenburg, Sheriff
Clackamas County, Oregon

Page 3 – DECLARATION OF ANGELA BRANDENBURG IN SUPPORT OF COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing DECLARATION OF ANGELA BRANDENBURG IN SUPPORT OF COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL with the court's electronic filing system, which will serve copies on all counsels of record.

Dated this 20th day of November 2025.

        BILLY J. WILLIAMS
        CLACKAMAS COUNTY COUNSEL

        <u>/s/ Scott C. Ciecko</u>
        Scott C. Ciecko, OSB No. 045587
        Assistant County Counsel
        E-mail: sciecko@clackamas.us
        Of Attorneys for Clackamas County Defendants